corpus and therein to *show cause,* if any he has, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Supreme Court Rule 14.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

**John P. SKORY, Jr.**

v.

**Donald O. ELLENTHORPE, Director of Adult Services, Adult Correctional Institution.**

**No. 82–152–M.P.**

Supreme Court of Rhode Island.

April 29, 1982.

William A. Dimitri, Jr., Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Charles D. Schrock, Sp. Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied.

**Barbara RUSTIGIAN d/b/a Castle Realty**

v.

**John CELONA et ux.**

**No. 81–477–A.**

Supreme Court of Rhode Island.

April 29, 1982.

Montaquila & DeFalco, William P. Tocco III, Arnold N. Montaquila, Johnston, for plaintiff.

Kirshenbaum & Kirshenbaum, Alfred Factor, Providence, for defendants.